# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICOR CORPORATION<br><br>　　　　Defendant. | Civ. No. 2:14-cv-00287-MHS-CMC<br><br>**JURY TRIAL DEMANDED** |

## **VICOR CORPORATION'S NOTICE OF RULE 26 EXPERT WITNESS DISCLOSURES**

Pursuant to Fed. R. Civ. P. 26(a)(2) and this Court's April 1, 2014, Scheduling Order (Dkt. No. 5), Defendant Vicor Corporation hereby notifies the Court that on April 11, 2014, it served its Expert Witness Disclosures (Expert Report of Michael G. Giesselmann, Ph.D. Regarding Invalidity of Asserted Claims) on counsel of record *via* electronic mail.

Dated: April 11, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By　　*/s/ Eric H. Findlay*
　　　　　　　　　　　　　　　　　　　　Eric H. Findlay, Texas Bar No. 00789886
　　　　　　　　　　　　　　　　　　　　efindlay@findlaycraft.com
　　　　　　　　　　　　　　　　　　　　FINDLAY CRAFT, P.C.
　　　　　　　　　　　　　　　　　　　　102 North College Ave.
　　　　　　　　　　　　　　　　　　　　Suite 900
　　　　　　　　　　　　　　　　　　　　Tyler, TX 75702
　　　　　　　　　　　　　　　　　　　　Telephone: (903) 534-1100
　　　　　　　　　　　　　　　　　　　　Facsimile: (903) 534-1137

　　　　　　　　　　　　　　　　　　　　Charles Kramer Verhoeven (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　charlesverhoeven@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　Linda J. Brewer (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　lindabrewer@quinnemanuel.com
　　　　　　　　　　　　　　　　　　　　Kathy K. Peng (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　kathypeng@quinnemanuel.com

Craig S. Menchin (*pro hac vice*)
craigmenchin@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Telephone: 415-875-6700
Facsimile: 415-875-6700

David A. Nelson (*pro hac vice*)
davenelson@quinnemanuel.com
Michelle Schmit (*pro hac vice*)
michelleschmit@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
500 West Madison Street, Ste 2450
Chicago, IL 60661
Telephone: 312-705-7465
Facsimile: 312-705-7401

Robert E. Hillman (*pro hac vice*), hillman@fr.com
Lawrence K. Kolodney (*pro hac vice*), kolodney@fr.com
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: 617-542-5070
Facsimile: 617-542-8906

Stephen A. Marshall (*pro hac vice*), smarshall@fr.com
FISH & RICHARDSON P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

David A. Gerasimow (*pro hac vice*), gerasimow@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza, 60 South 6th St.
Minneapolis, MN 55402
Telephone: 612-335-5070
Facsimile: 612-288-9696

*Attorneys for Defendant Vicor Corporation*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2014, I electronically filed the foregoing filing with the Clerk of Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of records.

                                 */s/ Eric H. Findlay*
                                 Eric H. Findlay