**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| SYNQOR, INC., | |
| Plaintiff, | Case No. 2:14-CV-287-RWS-CMC |
| v. | **JURY TRIAL DEMANDED** |
| VICOR CORPORATION, | |
| Defendant. | |

**ORDER GRANTING SYNQOR'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION TO COMPEL VICOR TO PROVIDE SUPPLEMENTAL DISCOVERY TO FACILITATE THE SETTING OF A NEW CASE SCHEDULE AFTER THE LIFTING OF THE STAY**

On this day, the Court considered SynQor's Unopposed Motion to Withdraw its Motion to Compel Vicor to Provide Supplemental Discovery to Facilitate the Setting of a New Case Schedule After the Lifting of the Stay (Dkt. No. 313).  After consideration, the Court finds that SynQor's Motion to Withdraw (Dkt. No. 324) should be, and hereby is, **GRANTED**.

IT IS THEREFORE ORDERED that Docket No. 313 is withdrawn.

**SIGNED this 7th day of January, 2022.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE