# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC. | § | |
| | § | |
| v. | § | No. 2:14CV287-RWS-CMC |
| | § | |
| VICOR CORPORATION | § | |

## SECOND ORDER OF CONTINUANCE

The above-referenced case was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636.

Due to the undersigned's illness, the Court must reschedule the January 12, 2022 status conference for January 20, 2022, at 10:00 a.m. The Court apologizes for any inconvenience this Second Order of Continuance may cause. It is

**ORDERED** that the status conference in the above case before the undersigned is **RESCHEDULED** for **10:00 a.m.** on **January 20, 2022**, at the United States District Court, 500 N. Stateline, Fourth Floor Courtroom, Texarkana, Texas.

**SIGNED this 10th day of January, 2022.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE