IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:14-cv-287-RWS-CMC |
| v. | § | |
| | § | |
| VICOR CORPORATION, | § | JURY TRIAL DEMANDED |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**

ON THIS DAY came to be considered Defendant Vicor Corporation's Unopposed Motion to Reschedule the Status Conference. The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion (Dkt. # 327) should be GRANTED. It is therefore,

ORDERED, ADJUDGED AND DECREED the Status Conference is hereby continued and rescheduled to February 2, 2022, at 10:00 a.m.

**SIGNED this 14th day of January, 2022.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE