# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:14-CV-00287-RWS-JBB |
| § | |
| VICOR CORPORATION, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER

The above-entitled and numbered civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. Before the Court is the September 26, 2022 Report and Recommendation of the Magistrate Judge (Docket No. 587), which contains proposed findings of fact and recommendations for the disposition of SynQor's Renewed Motion for Summary Judgment on Vicor's § 112 Affirmative Defenses and Counterclaims (Docket No. 379).

The Magistrate Judge recommends SynQor's motion be granted and that the Court enter summary judgment finding that the asserted claims of the '190 and '702 patents are not invalid for failure to comply with 35 U.S.C. § 112. *See generally*, Docket No. 379. Because trial is less than a month away, the Magistrate Judge ordered the parties to file expedited objections by October 3, 2022, noting that a failure to provide written objections would bar that party from *de novo* review, and unobjected to findings and conclusions would be reviewed by the Court for clear error. Docket No. 585 at 37–38.

No objections have been filed. After a review of the Magistrate Judge's report and recommendation, the Court finds that no clearly erroneous factual findings and legal conclusions

were made.  Accordingly, the Court hereby adopts the report and recommendation of the Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that SynQor's Renewed Motion for Summary Judgment on Vicor's § 112 Affirmative Defenses and Counterclaims (Docket No. 379) is **GRANTED**.  It is further

**ORDERED** that the asserted claims of the '190 and '702 patents are **NOT INVALID** for failure to comply with the requirements of 35 U.S.C. § 112.

**So ORDERED and SIGNED this 6th day of October, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE