# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 2:14-CV-00287-RWS-JBB |
| § | |
| VICOR CORPORATION, § | |
| § | |
| Defendants. § | |

## ORDER

The above-entitled and numbered civil action was referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. Before the Court is the September 26, 2022 Report and Recommendation of the Magistrate Judge (Docket No. 585) which contains proposed findings of fact and recommendations for the disposition of SynQor's Motion for Summary Judgment on Vicor's Invalidity Defenses Due to Estoppel (Docket No. 376).

The Magistrate Judge recommends SynQor's motion be granted and that the Court bar Vicor from contending that Claim 2 of the '190 patent is invalid as obvious on Vicor's disclosed grounds of invalidity Nos. 4, 10 and 14. *See generally*, Docket No. 376. Because trial is less than a month away, the Magistrate Judge ordered the parties to file expedited objections by October 3, 2022, noting that a failure to provide written objections would bar that party from de novo review, and unobjected to findings and conclusions would be reviewed by the Court for clear error. Docket No. 585 at 37–38.

No objections have been filed. After a review of the Magistrate Judge's report and recommendation, the Court finds no clearly erroneous factual findings and legal conclusions.

Accordingly, the Court hereby adopts the report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that SynQor's Motion for Summary Judgment on Vicor's Invalidity Defenses Due to Estoppel (Docket No. 376) is **GRANTED**. It is further

**ORDERED** that Vicor is estopped from contending that claim 2 of the '190 patent is invalid as obvious on Vicor's disclosed grounds of invalidity Nos. 4, 10 and 14.

**So ORDERED and SIGNED this 6th day of October, 2022.**

*[signature]*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE