IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:14-CV-00287-RWS-JBB |
| VICOR CORPORATION, | § § | |
| Defendants. | § § § | |

## ORDER

The above-entitled and numbered civil action was heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636.  Before the Court is the September 16, 2022 Report and Recommendation of the Magistrate Judge (Docket No. 568), which contains proposed findings of fact and recommendations for the disposition of SynQor's Motion for Partial Summary Judgment on Undisputed Claim Limitations (Docket No. 389).

The Magistrate Judge found that SynQor had not carried its burden in proving that there was no question of fact as to whether the accused products met a specified subset of claim limitations and recommended that SynQor's motion be denied.  *See generally*, Docket No. 389.  The deadline for the parties to file objections was October 3, 2022.  Failure to provide written objections bars a party from *de novo* review, and unobjected to findings and conclusions are reviewed by the District Court for clear error.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(3); *Warren v. Miles*, 230 F.3d 688, 694 (5th Cir. 2000).

No objections have been filed.  After a review of the Magistrate Judge's report and recommendation, the Court finds no clearly erroneous factual findings and legal conclusions.

Accordingly, the Court hereby adopts the report and recommendation of the Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that SynQor's Motion for Motion for Partial Summary Judgment on Undisputed Claim Limitations (Docket No. 389) is **DENIED**.

**So ORDERED and SIGNED this 6th day of October, 2022.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE