IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYNQOR INC., <br><br> Plaintiff, <br><br> v. <br><br> VICOR CORPORATION, <br><br> Defendant. | C. A. No. 2:14-cv-00287-RWS-CMC |

## VERDICT FORM

**Question No. 1:**

Do you find that SynQor has proven by a preponderance of the evidence that Vicor is liable for induced or contributory infringement of the asserted claims of the patents in suit for accused products that are used in the United States?

**Answer "Yes" or "No" for each asserted claim of each patent.**

**"Yes" means the claim is infringed, and "No" means the claim is not infringed.**

<u>U.S. Patent No. 7,072,190 (the '190 patent)</u>

Claim 2: _no_

<u>U.S. Patent No. 7,564,702 (the '702 patent)</u>

Claim 55: _yes_
Claim 67: _yes_

Page 1 of 5

**Question No. 2:**

Do you find that SynQor has proven by a preponderance of the evidence that Vicor is liable for infringement of the asserted claims of the patents in suit by supplying accused products from the United States for combination outside of the United States?

**Answer "Yes" or "No" for each asserted claim of each patent.**

**"Yes" means the claim is infringed, and "No" means the claim is not infringed.**

<u>**U.S. Patent No. 7,072,190 (the '190 patent)**</u>

Claim 2: _No_

<u>**U.S. Patent No. 7,564,702 (the '702 patent)**</u>

Claim 55: _Yes_
Claim 67: _Yes_

**Question No. 3:**

Do you find that Vicor has proven by clear and convincing evidence that claim 2 of the '190 patent is invalid as obvious to a person of ordinary skill in the field at the time of the invention?

**Answer "Yes" or "No" for claim 2 of the '190 patent.**

**"Yes" means the claim is invalid, and "No" means the claim is not invalid.**

**U.S. Patent No. 7,072,190 (the '190 patent)**

Claim 2: __No__

**Question No. 4:**

**Only answer this question if you answered YES to Questions 1 or 2. Otherwise, leave this question blank.**

If you find that Vicor is liable for infringement of the patents-in-suit, do you find that SynQor has proven by a preponderance of the evidence that Vicor's infringement was willful?

Yes __✓__ (702)          No _____

**Question No. 5:**

**Only answer this question if you answered YES to Questions 1 or 2. Otherwise, leave this question blank.**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate SynQor for any infringement you have found by Vicor?

Answer in dollars, if any, for reasonable royalty.

**REASONABLE ROYALTY DAMAGES:** $6,500,000.00

Signature of Jury Foreperson: ███████

Printed Name of Jury Foreperson: ███████

Date: 10/26/22