IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SynQor, Inc., | § § § | |
| v. | § § § § | CASE NO. 2:14-cv-00287-JRWS-JBB |
| Vicor Corporation | | |

## REPORT OF MEDIATION

The above-captioned case was mediated (Combination in person and via Zoom video conference) by David Folsom on Monday, August 28, 2023 between SynQor, Inc. and Vicor Corporation. The mediation session has been suspended, but the undersigned mediator will continue to work with the parties in an effort to settle.

Signed this Wednesday, August 30, 2023.

*/s/ David Folsom*
David Folsom
TXBN: 07210800
Telephone- (903)277 7303
6002-B Summerfield Drive
Texarkana, Texas  75503
email: david@folsomadr.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this Monday, August 28, 2023.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

*/s/ David Folsom*
David Folsom