# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYNQOR, INC., <br><br> Plaintiff, <br><br> v. <br><br> VICOR CORPORATION, <br><br> Defendant. | Civ. No. 2:14-CV-287-RWS-JBB <br><br> **JURY TRIAL DEMANDED** |

### SYNQOR'S *CORRECTED* UNOPPOSED MOTION TO SET THE AMOUNTS OF ATTORNEYS' FEES AND INTEREST DUE PURSUANT TO THE COURT'S APRIL 24, 2024 ORDER

After the Court issued its April 24, 2024 Order awarding SynQor, Inc. ("SynQor") attorneys' fees, pre-judgment interest, and post-judgment interest, Dkt. 857, SynQor and Vicor Corporation ("Vicor") met and conferred and have reached agreement on amounts for each, while allowing Vicor to preserve its right to appeal SynQor's entitlement to attorneys' fees and interest (and SynQor to preserve its right to seek fees for any such appeal). Specifically, the parties have agreed that the amounts are as follows: $9,500,000 in attorneys' fees, $5,399,453 in pre-judgment interest, and $2,323 per day in post-judgment interest from the date of the Court's original final judgment (April 24, 2024) until the date of payment, compounded annually, in addition to another $1,351 per day from the date the Court enters the attached proposed order and amended final judgment setting the amounts of attorneys' fees and pre-judgment interest until the date of payment, compounded annually, all as reflected in the joint stipulation that the parties filed at docket number 861. Pursuant to that agreement and stipulation, SynQor respectfully requests that the Court enter the attached proposed order and amended corrected final judgment setting the amounts of attorneys' fees, pre-judgment interest, and post-judgment interest at the parties' agreed

1

amounts. Vicor does not oppose the requested relief, while preserving its right to appeal SynQor's entitlement to such.

Dated: May 17, 2024

Respectfully submitted,

 /s/  *Michael D. Hatcher*
Thomas D. Rein, Lead Attorney (*pro hac vice*)
trein@sidley.com
Stephanie P. Koh (*pro hac vice*)
skoh@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

Michael D. Hatcher
Texas State Bar No. 24027067
mhatcher@sidley.com
Phillip M. Aurentz
Texas State Bar No. 24059404
paurentz@sidley.com
Michael L. Roberts
Texas State Bar No. 24106350
mlroberts@sidley.com
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: 214-981-3300
Facsimile: 214-981-3400

Harry L. Gillam, Jr.
Texas State Bar No. 07291800
gil@gillamsmithlaw.com
GILLAM & SMITH LLP
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**ATTORNEYS FOR PLAINTIFF SYNQOR, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff met and conferred with counsel for Defendant and the relief sought in the instant motion is unopposed.

                                                          */s/  Michael D. Hatcher*
                                                          Michael D. Hatcher

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record by CM/ECF on May 17, 2024.

                                                          */s/  Michael D. Hatcher*
                                                          Michael D. Hatcher