**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYNQOR, INC., | § | |
| *Plaintiff*, | § § § | |
| v. | § § § | **CIVIL ACTION NO. 2:14-CV-00287-RWS-JBB** |
| VICOR CORPORATION, | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is SynQor's Unopposed Motion to Set the Amounts of Attorneys' Fees and Interest Due Pursuant to the Court's April 24, 2024 Order (Docket No. 857). Docket No. 863. Having considered SynQor's unopposed motion and the parties' joint stipulation regarding amounts of attorneys' fees awarded (Docket No. 861), the Court has determined that SynQor's motion should be, and hereby is, **GRANTED** for the same reasons stated in its April 24, 2024 order. *See* Docket No. 857.

Accordingly, the Court **AWARDS** SynQor **$9,500,000** in attorneys' fees, **$5,399,453** in pre-judgment interest, and **$2,323** per day from April 24, 2024 until the date of payment, compounded annually, and **$1,351** per day from today, the date this Order is entered, until the date of payment, compounded annually, in post-judgment interest.

**So ORDERED and SIGNED this 20th day of May, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE